Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARKO VUKOVIC**, individually, and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **NAVIA BENEFIT SOLUTIONS, INC.**, <br><br> Defendant. | Case No. 3:17-cv-03938-EDL <br><br> **NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of August 2017.

By: s/ Adrian R. Bacon
ADRIAN R. BACON

Filed electronically on this 18th day of August 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Filed electronically on this 18th Day of August, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

**Hon. Elizabeth D. Laporte**
United States District Court
Northern District of California

And all counsel registered on ECF.

                                              This 18th Day of August, 2017.

                                              <u>s/Adrian R. Bacon, Esq.</u>
                                                 ADRIAN R. BACON