1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARKO VUKOVIC,** individually and on behalf of all others similarly situated, ) | Case No. 3:17-cv-03938-EDL |
| ) | **(PROPOSED) ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **NAVIA BENEFIT SOLUTIONS, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

Dated this ____day of October, 2017

_____
The Honorable Elizabeth D. Laporte